**ORIGINAL**

**FILED** OCT 15 2003
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

1  MILBERG WEISS BERSHAD
      HYNES & LERACH LLP
2  WILLIAM S. LERACH (68581)
   SPENCER A. BURKHOLZ (147029)
3  STEVEN W. PEPICH (116086)
   ELLEN GUSIKOFF STEWART (144892)
4  VALERIE L. McLAUGHLIN (191916)
   ALEXANDRA S. BERNAY (211068)
5  401 B Street, Suite 1700
   San Diego, CA 92101
6  Telephone: 619/231-1058
   619/231-7423 (fax)
7       – and –
   PATRICK J. COUGHLIN (111070)
8  100 Pine Street, Suite 2600
   San Francisco, CA 94111
9  Telephone: 415/288-4545
   415/288-4534 (fax)
10
   SCOTT + SCOTT, LLC
11 DAVID R. SCOTT
   108 Norwich Avenue
12 Colchester, CT 06415
   Telephone: 860/537-3818
13 860/537-4432 (fax)

14 Co-Lead Counsel for Plaintiffs

☒ Priority
☒ Send
__ Clsd
☒ Enter
__ JS-5/JS-6
__ JS-2/JS-3

**LODGED** SEP 15 2003
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

15              UNITED STATES DISTRICT COURT
16              CENTRAL DISTRICT OF CALIFORNIA
17                    SOUTHERN DIVISION
18
19 In re EMULEX CORPORATION      ) Master File No.
   SECURITIES LITIGATION          ) SACV-01-219-GLT(ANx)
20                                )
                                  ) <u>CLASS ACTION</u>
21 This Document Relates To:      )
                                  ) [~~PROPOSED~~] ORDER AWARDING
22    ALL ACTIONS.                ) CO-LEAD COUNSEL'S
                                  ) ATTORNEYS' FEES AND
23 _____) REIMBURSEMENT OF EXPENSES

DATE:     September 22, 2003
TIME:     10:00 a.m.
COURTROOM: The Honorable
           Gary L. Taylor

**ENTERED** OCT 16 2003
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA OFFICE
BY _____ DEPUTY

ENTER ON ICMS
OCT 16 2003

This matter having come before the Court on September 22, 2003, on the application of counsel for plaintiffs for an award of attorneys' fees and reimbursement of expenses incurred in the litigation, the Court, having considered all papers filed and proceedings conducted herein, having found the settlement of this litigation to be fair, reasonable and adequate and otherwise being fully informed in the premises and good cause appearing therefor;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. All of the capitalized terms used herein shall have the same meanings as set forth in the Stipulation of Settlement dated as of July 3, 2003 ("Stipulation").

2. This Court has jurisdiction over the subject matter of this application and all matters relating thereto, including all Members of the Class who have not timely and validly requested exclusion.

3. The Court hereby awards Co-Lead Counsel attorneys' fees of twenty-five percent of the Settlement Fund and expenses in an aggregate amount of $613,965.92, together with the interest earned thereon for the same time period and at the same rate as that earned on the Settlement Fund until paid. Said fees and expenses shall be allocated among plaintiffs' counsel in a manner which, in Plaintiffs' Settlement Counsel's good-faith judgment, reflects each such counsel's contribution to the institution, prosecution and resolution of the litigation. The Court finds that the amount of fees awarded is fair and reasonable under the "percentage-of-recovery" method.

4. The awarded attorneys' fees and expenses, and interest earned thereon, shall be paid to Plaintiffs' Settlement Counsel from the Settlement Fund immediately after the date this Order is executed subject to the terms, conditions and obligations of the Stipulation and in particular ¶7.2 thereof, which terms, conditions and obligations are incorporated herein.

5. Lead Plaintiffs Richard Burke, Stuart Gulden, and Doris Gulden are hereby awarded $38,025, $2,535, and $3,250, pursuant to 15 U.S.C. 78u-4(a)(4). I

1  will separately award reimbursement to Henry J. Sawyer when he submits a
2  declaration in support of such reimbursement.

3  IT IS SO ORDERED.

4  DATED: 10/15/03

    _____
    THE HONORABLE GARY L. TAYLOR
    UNITED STATES DISTRICT JUDGE

6  G:\Cases-SD\Emulex.set\ORD00000430.doc

## DECLARATION OF SERVICE BY FEDERAL EXPRESS DELIVERY

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is 401 B Street, Suite 1700, San Diego, California 92101.

2. That on September 12, 2003, declarant served by Federal Express, next day delivery, the [PROPOSED] ORDER AWARDING CO-LEAD COUNSEL'S ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES to the parties listed on the attached Service List.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 12th day of September, 2003, at San Diego, California.

_____
YVETTE D. GRAY

- 3 -

EMULEX (LEAD)

Service List - 5/9/2003   (201-040)

Page 1 of 1

**Counsel For Defendant(s)**

Meryl L. Young
Wayne W. Smith
Gibson, Dunn & Crutcher LLP
Jamboree Center
4 Park Plaza, Suite 1400
Irvine, CA 92614-8557
  949/451-3800
  949/451-4220(Fax)

**Counsel For Plaintiff(s)**

Lionel Z. Glancy
Michael Goldberg
Glancy & Binkow LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
  310/201-9150
  310/201-9160(Fax)

Brian Barry
Law Offices of Brian Barry
1801 Avenue of the Stars, Suite 307
Los Angeles, CA 90067
  310/788-0831
  310/788-0841(Fax)

Spencer A. Burkholz
Valerie L. McLaughlin
Alexandra S. Bernay
Milberg Weiss Bershad Hynes & Lerach LLP
401 B Street, Suite 1700
San Diego, CA 92101-5050
  619/231-1058
  619/231-7423(Fax)

David R. Scott
S. Edward Sarskas
Scott & Scott, LLC
108 Norwich Avenue
Colchester, CT 06415
  860/537-3818
  860/537-4432(Fax)

-4-