ORIGINAL     FILED
                OCT 15 2003
                CLERK, U.S. DISTRICT COURT
                CENTRAL DISTRICT OF CALIFORNIA
                SOUTHERN DIVISION AT SANTA ANA
                BY _____ DEPUTY

1  MILBERG WEISS BERSHAD
     HYNES & LERACH LLP
2  WILLIAM S. LERACH (68581)
   SPENCER A. BURKHOLZ (147029)
3  STEVEN W. PEPICH (116086)
   ELLEN GUSIKOFF STEWART (144892)
4  VALERIE L. McLAUGHLIN (191916)
   ALEXANDRA S. BERNAY (211068)
5  401 B Street, Suite 1700
   San Diego, CA 92101
6  Telephone: 619/231-1058
   619/231-7423 (fax)
7       – and –
   PATRICK J. COUGHLIN (111070)
8  100 Pine Street, Suite 2600
   San Francisco, CA 94111
9  Telephone: 415/288-4545
   415/288-4534 (fax)
10
   SCOTT + SCOTT, LLC
11 DAVID R. SCOTT
   108 Norwich Avenue
12 Colchester, CT 06415
   Telephone: 860/537-3818
13 860/537-4432 (fax)

14 Co-Lead Counsel for Plaintiffs

✓ Priority
✗ Send
__ Clsd
✗ Enter
__ JS-5/JS-6
__ JS-2/JS-3

LODGED
SEP 15 2003
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| In re EMULEX CORPORATION SECURITIES LITIGATION | ) ) ) ) | Master File No. SACV-01-219-GLT(ANx) |
|---|---|---|
| This Document Relates To: ALL ACTIONS. | ) ) ) ) ) ) | CLASS ACTION [PROPOSED] ORDER APPROVING PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS DATE: September 22, 2003 TIME: 10:00 a.m. COURTROOM: The Honorable Gary L. Taylor |

ENTERED
OCT 16 2003
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA OFFICE
BY _____ DEPUTY

ENTER ON ICMS
OCT 16 2003

121

| | |
|---|---|
| 1 | This matter having come before the Court on plaintiffs' motion for approval of |
| 2 | the Plan of Allocation of settlement proceeds in the above-captioned action; the Court |
| 3 | having considered all papers filed and proceedings had herein; and otherwise being |
| 4 | fully informed in the premises; |
| 5 | IT IS HEREBY ORDERED, ADJUDGED AND DECREED that: |
| 6 | 1. For purposes of this Order, the terms used herein shall have the meanings |
| 7 | set forth in the Stipulation of Settlement dated as of July 3, 2003 ("Stipulation"). |
| 8 | 2. Pursuant to and in compliance with Rule 23 of the Federal Rules of Civil |
| 9 | Procedure, this Court hereby finds and concludes that due and adequate notice was |
| 10 | directed to all Persons and entities who are Class Members, advising them of the Plan |
| 11 | of Allocation and of their right to object thereto, and a full and fair opportunity was |
| 12 | accorded to all Persons and entities who are Class Members to be heard with respect |
| 13 | to the Plan of Allocation. |
| 14 | 3. The Court hereby finds and concludes that the formula for the calculation |
| 15 | of the claims of Authorized Claimants which is set forth in the Memorandum of Points |
| 16 | and Authorities in Support of Motion for Final Approval of Settlement and Plan of |
| 17 | Allocation of Settlement Proceeds and in the Notice of Pendency and Proposed |
| 18 | Settlement of Class Action ("Notice") sent to Class Members provides a fair and |
| 19 | reasonable basis upon which to allocate the proceeds of the Settlement Fund |
| 20 | established by the Stipulation among Class Members, with due consideration having |
| 21 | been given to administrative convenience and necessity. This Court hereby finds and |
| 22 | concludes that the Plan of Allocation set forth in the Notice is, in all respects, fair, |
| 23 | reasonable and adequate and the Court hereby approves the Plan of Allocation. |
| 24 | IT IS SO ORDERED. |
| 25 | DATED: 10/15/03 |
| 26 | THE HONORABLE GARY L. TAYLOR<br>UNITED STATES DISTRICT JUDGE |

G:\Cases-SD\Emulex.set\ORD00000425.doc

- 1 -

## DECLARATION OF SERVICE BY FEDERAL EXPRESS DELIVERY

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is 401 B Street, Suite 1700, San Diego, California 92101.

2. That on September 12, 2003, declarant served by FEDERAL EXPRESS, next day delivery, the [PROPOSED] ORDER APPROVING PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS to the parties listed on the attached Service List.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 12th day of September, 2003, at San Diego, California.

_____
YVETTE D. GRAY

EMULEX (LEAD)

Service List - 5/9/2003     (201-040)

Page 1 of 1

**Counsel For Defendant(s)**

Meryl L. Young
Wayne W. Smith
Gibson, Dunn & Crutcher LLP
Jamboree Center
4 Park Plaza, Suite 1400
Irvine, CA  92614-8557
   949/451-3800
   949/451-4220(Fax)


**Counsel For Plaintiff(s)**

Lionel Z. Glancy
Michael Goldberg
Glancy & Binkow LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, CA  90067
   310/201-9150
   310/201-9160 (Fax)

Brian Barry
Law Offices of Brian Barry
1801 Avenue of the Stars, Suite 307
Los Angeles, CA  90067
   310/788-0831
   310/788-0841 (Fax)

Spencer A. Burkholz
Valerie L. McLaughlin
Alexandra S. Bernay
Milberg Weiss Bershad Hynes & Lerach LLP
401 B Street, Suite 1700
San Diego, CA  92101-5050
   619/231-1058
   619/231-7423 (Fax)

David R. Scott
S. Edward Sarskas
Scott & Scott, LLC
108 Norwich Avenue
Colchester, CT  06415
   860/537-3818
   860/537-4432 (Fax)